

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Division of Enforcement

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/29/2025
```

July 29, 2025

**VIA ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
07/29/2025

Re:  SEC v. Kim. 25-cv-3796

Dear Judge Parker:

Plaintiff Securities and Exchange Commission and Defendant Richard Kim ("Kim") jointly request that the initial conference set for July 30, 2025 be adjourned sine die given that both Intervenor the United States of America and Defendant Kim have moved to stay this case pending the resolution of the parallel criminal matter, *United States v. Kim*, 25-MJ-1205 (UA), which is based on the same facts and circumstances as this case.  Both stay motions are unopposed and are currently pending.  (Dkt # 7, 13).  This is the parties' first request for an adjournment of the conference.  The parties thank the Court for its consideration of this request.

Respectfully submitted,

_____/s/ Todd D. Brody_____
Todd D. Brody
Senior Trial Counsel
Securities and Exchange Commission
New York Regional Office
100 Pearl St., Suite 20-100
New York, NY 10004
(212) 336-0080
brodyt@sec.gov

cc:     Richard Kim (via email)