UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  - against -

RICHARD T. KIM,

        Defendants.

Order

25-cv-3796 (JHR) (KHP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, on June 12, 2025, the Government moved to intervene and for a full stay of the above-captioned case, in light of the pendency of the parallel criminal case *United States v. Richard Kim*, 25 Mj. 1205 (UA) (the "Criminal Case"), in which a complaint has been filed; and

WHEREAS, defendant Richard Kim seeks the requested stay;

WHEREAS, the Securities and Exchange Commission (the "SEC") takes no position on the request for a stay; and

WHEREAS, the Court finds that a stay of this action is in furtherance of the public interest and will not prejudice any party; it is hereby

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that proceedings in this action, are stayed in their entirety pending the conclusion of the Criminal Case, but without prejudice to any party's right to make a subsequent application to lift the stay and resume proceedings based on changed circumstances. For avoidance of doubt, the obligations to answer or otherwise respond to the complaint, motion practice, document discovery, and all depositions, interrogatories, requests for admission, issuance of subpoenas, third party discovery, and any other forms of discovery, including the parties'

obligation to make disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), are hereby stayed in their entirety. The Clerk is respectfully requested to terminate the motion at ECF No. 7 as granted pursuant to this Order.

SO ORDERED:

_____   _8/12/2025_
KATHARINE H. PARKER   DATE
UNITED STATES MAGISTRATE JUDGE